BLAIR ANTHONY BILLIOT
MELISSA LAFONT BOUDREAUX
119 TANGLEWOOD DR
CARRIERE, MS 39426

CITIBANK/THE HOME DEPOT
P.O.BOX 790046
ST LOUIS, MO 63179

PROSPER FUNDING, LLC
221 MAIN STREET
STE 300
SAN FRANCISCO, CA 94105

THOMAS C. ROLLINS, JR.
THE ROLLINS LAW FIRM, PLLC
P.O. BOX 13767
JACKSON, MS 39236

CITIIBANK
ATTN: BANKRUPTCY
PO BOX 6403
SIOUX FALLS, SD 57117

REPRISE FINANCIAL
P O BOX 660252
DALLAS, TX 75266

AFFIRM
443 IRVING DR
BURBANK, CA 91504

COMENITY BANK
ATTN: BANKRUPTCY
P.O.BOX 182273
COLUMBUS, OH 43218

SUNBIT, INC
ATTN: BANKRUPTCY
10940 WILSHIRE BLVD
LOS ANGELES, CA 90024

AMEX
PO BOX 981535
EL PASO, TX 79998

COMENITY BANK
ATTN: BANKRUPTCY
PO BOX 182273
COLUMBUS, OH 43218

SYNCHRONY
ATTN: BANKRUPTCY
PO BOX 965064
ORLANDO, FL 32896

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130

CWS/CW NEXUS
ATTN: BANKRUPTCY
PO BOX 9201
OLD BETHPAGE, NY 11804

SYNCHRONY
PO BOX 71727
PHILADELPHIA, PA 19176

CAPITAL ONE AUTO
7933 PRESTON RD
PLANO, TX 75024

FORTIVA
ATTN: BANKRUPTCY
P.O. BOX 105555
ATLANTA, GA 30348

SYNCHRONY BANK
ATTN: BANKRUPTCY DEPT
P.O. BOX 965065
ORLANDO, FL 32896

CHERRY TECHNOLOGIES
ATTN: BANKRUPTCY
2261 MARKET STREET
SAN FRANCISCO, CA 94114

HYUNDAI MOTOR FINANCE
ATTN: BANKRUPTCY
P.O. BOX 20829
FOUNTAIN VALLEY, CA 92728

SYNCHRONY BANK
ATTN: BANKRUPTCY
P.O. BOX 965065
ORLANDO, FL 32896

CITIBANK
P.O.BOX 790046
ST. LOUIS, MO 63179

KEESLER FCU
P.O.BOX 7001
BILOXI, MS 39531

SYNCHRONY BANK
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896

CITIBANK/BEST BUY
P.O.BOX 790046
ST LOUIS, MO 63179

LOANCARE LLC
ATTN: BANKRUTPTCY
P.O.BOX 8068
VIRGINIA BEACH, VA 23450

TOWER LOAN
ATTN: BANKRUPTCY
PO BOX 320001
FLOWOOD, MS 39232