Certificate Number: 17082-MSS-DE-041064872

Bankruptcy Case Number: 26-50907



17082-MSS-DE-041064872

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2026, at 4:41 o'clock AM MST, BLAIR A BILLIOT completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date: June 7, 2026       By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director