Certificate Number: 17082-MSS-DE-041073695

Bankruptcy Case Number: 26-50907



17082-MSS-DE-041073695

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 7, 2026</u>, at <u>4:41</u> o'clock <u>AM MST</u>, <u>MELISSA LAFONT BOUDREAUX</u> completed a course on personal financial management given <u>by internet</u> by <u>Summit Financial Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Southern District of Mississippi</u>.

Date: <u>June 9, 2026</u>          By: <u>/s/Boglarka Brown</u>

Name: <u>Boglarka Brown</u>

Title: <u>Certified Credit Counselor</u>