**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: September 21, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **BLAIR ANTHONY BILLIOT & MELISSA LAFONT BOUDREAUX** | **CASE NO. 26-50907-KMS** |

**ORDER RELEASING EARNINGS OF DEBTOR**
**BLAIR ANTHONY BILLIOT (SSN # XXX-XX-5353)**

THE ORDER **(Dkt. 13)** heretofore entered in these proceedings by which the debtor's employer:

**A-1 Electrical Contractors**
**2783 Lapalco Blvd**
**Harvey LA 70058-0000**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**