**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**SOUTHERN DISTRICT OF MISSISSIPPI**
**GULFPORT-6 DIVISIONAL OFFICE DIVISION**

| | | |
|---|---|---|
| **IN RE:** | * | |
| | * | **CASE NO.: 26-50907-KMS** |
| **BLAIR ANTHONY BILLIOT AND** | * | |
| **MELISSA LAFONT BOUDREAUX** | * | |
| **AKA: MELISSA A LAFONT** | * | |
| **AKA: MELISSA ANN LAFONT-BILLIOT** | * | |
| **AKA: MELISSA BOUDREAUX,** | * | |
| | * | |
| **Debtors.** | * | |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

**Capital One Auto Finance, a division of Capital One, N.A.** (hereinafter "Movant") respectfully shows and represents unto this Court as follows:

1. The Debtor Blair Anthony Billiot, entered into a Retail Installment Sale Contract (hereinafter "Contract") with LAMARQUE CRESCENT FORD LLC (hereinafter "Dealership") granting a security interest in the following personal property:

**2025 Ford F-150 Crew Cab STX 5.0L V8, VIN: 1FTFW2K53SKD75837**

Contemporaneously with its execution, the contract was assigned to Movant, A copy of said Contract is annexed hereto and made part hereof by reference. Copy of the installment sales contract are attached in Exhibits "A".

2. The security interest of the Movant in the above described personal property was perfected by the issuance of the Certificate of Title, a copy of which is annexed hereto and made part hereof by reference. Copy of title are attached as Exhibits "B".

3. Zachary S Wessler, Sr was appointed Acting Trustee of the estate of said Debtors, has qualified and is now acting as such Trustee.

4. On September 18, 2026 case was converted from Chapter 13 to Chapter 7.

5. Debtors have defaulted in payments under the terms of the aforementioned contract in the sum of $4,101.12 as of September 23, 2026. Copy of Payment history are attached as Exhibits "D".

6. As of filing of the Motion, Debtors owe a contract balance to Movant of $56,168.26.

7. The estimated replacement value a retail merchant would charge for the Collateral is

$45,825.00. A copy of JD Power valuation is attached as Exhibit "C".

8. The Debtors' intent is to surrender the above mentioned personal property to the Movant.

9. As of September 23, 2026 and continuing through October 3, 2026, the payoff amount is $56,168.26 which includes $52,665.78 of Principal, $3,502.48 of interest and $0.00 of other charges.

10. The Movant expressly determines that there is no reason for delay and expressly directs that this Order be entered as a Final Order against the Debtors and is therefore immediately effective to terminate the automatic stay and shall not be subject to Rule 4001(a)(4) of the Federal Rules of Bankruptcy Procedure.

WHEREFORE, Movant, **Capital One Auto Finance, a division of Capital One, N.A.** respectfully moves the Court to enter an Order against the Debtors and Trustee terminating the automatic stay imposed by 11 U.S.C. 362 as regards the referenced personal property, and allowing Movant to file a proof of claim to reflect the balance for any Deficiency upon the entry of this order and ordering the Debtors to make said collateral available for the Creditor's possession and allowing Movant to contact the Debtors for the sole purpose of making arrangements for the return of the collateral.

WHEREFORE, Movant also requests such other relief to which it may be entitled and any relief that the Court seems just and proper.

**William C. Poole, LLC**
**Attorney For**
**Capital One Auto Finance,**
**a division of Capital One, N.A.**

**BY: /s/ Wesley H. Blacksher**
**WESLEY H. BLACKSHER BAR103026**
**For the Firm**
**917 Western America Circle**
**Suite 210**
**Mobile, AL 36609**
**(251) 344-5015**
**HWPoolelaw@gmail.com**

**CERTIFICATE OF SERVICE**

I, Wesley H. Blacksher, do hereby certify that I have this day caused to be served, via CM/ECF and/or United States Postal Service, a true and correct copy of the above and foregoing document to:

Thomas Carl Rollins, Jr
PO BOX 13767
Jackson MS 39236
trollins@therollinsfirm.com

ATTORNEY FOR DEBTOR

Zachary S Wessler, Sr
1806 23rd Avenue, Suite A
Gulfport MS 39501
chapter7trustee@wesslerlawgroup.com
TRUSTEE

United States Trustee
501 East Court Street,
Suite 6-430
Jackson MS 39201
USTPRegion05.JA.ECF@usdoj.gov
U.S. TRUSTEE

Blair Anthony Billiot
119 Tanglewood Dr
Carriere MS 39426

DEBTOR

Melissa Lafont Boudreaux
119 Tanglewood Dr
Carriere MS 39426

DEBTOR

SO CERTIFIED this the 29 day of September 2026.

/s/ Wesley H. Blacksher
Wesley H. Blacksher