# Proceeding Minutes / Proceeding Memo

**Case #:** 26-50907 **Case Name:** Blair Anthony Billiot and Melissa LaFont Boudreaux

**Set:** 10/29/2026 09:00 am **Chapter:** 7 **Type:** bk **Judge** Katharine M. Samson

**matter** Motion for Relief from Stay as to 2025 Ford F-150 Crew Cab STX 5.0L V8. . Filed by Creditor Capital One Auto Finance, a division of Capital One, N.A. (Attachments: # 1 Exhibit # 2 Proposed Order) (Dkt. #34)

---

Minute Entry Re: (related document(s): [34] Motion for Relief From Stay filed by Capital One Auto Finance, a division of Capital One, N.A.) A no response order has been submitted by Blacksher. Hearing removed. Tickle for date: 11/05/2026. (mcc)